FILED
2005 Jun-15 AM 07:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL LAFITTE DUMONDE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.  04-K0B-RRA-0320-S |
| | ) |
| SHERIFF MIKE HALE, et al., | ) |
| | ) |
| Respondent(s). | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.[1] In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE and ORDERED this 15th day of June 2005.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the magistrate judge's report and recommendation mailed to the petitioner at his last known address was returned to the court marked "Return to Sender, No Longer at this Address."  It is the petitioner's responsibility to keep the court informed of his current address.